■ In the Matter of WAYNE HORAN, Appellant, v DEAN R. RILEY, as Superintendent of Fishkill Correctional Facility, et al., Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Dutchess County (Green, J.), entered June 30, 1988.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Green at the Supreme Court. Mangano, J. P., Lawrence, Kunzeman and Eiber, JJ., concur.